Franklin R. MILLS, Plaintiff—Appellant,

v.

CITY OF REDDING; et al., Defendants—Appellees.

No. 05–16951.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2006.*

Decided April 17, 2006.

Franklin R. Mills, Shasta Lake, CA, for Plaintiff-Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Monique Grandaw, Brickwood Law Office, Redding, CA, for Defendants–Appellees.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Franklin R. Mills appeals pro se from the district court's judgment dismissing his action as frivolous under Federal Rule of Civil Procedure 12(b)(6). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Zimmerman v. City of Oakland*, 255 F.3d 734, 737 (9th Cir.2001), and we affirm.

The district court properly dismissed Mills's action alleging Shasta County Superior Court lacks jurisdiction over him because it is a legislatively-created tribunal. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir.1990) (dismissal may be based on lack of cognizable legal theories).

Mills's remaining contentions lack merit.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

